HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:25-CR-00211-KES |
|---|---|---|
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| TALIN MONIQUE ZORIAN, | ) ) | |
| *Defendant,* | ) ) ) | |
| | ) | |

Defendant, Talin Monique Zorian, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of her supervised release.

Ms. Zorian is currently serving a 3-year term of supervised release that began on December 30, 2024.  Ms. Zorian submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time.

After reviewing her Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: July 10, 2026                                    _____/s/ Peggy Sasso_____
                                                                        PEGGY SASSO
                                                                        First Assistant Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **July 10, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

-2-